

FILED
NOV 14 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ BG ___ DEP CLK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-mj-__1326__-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALISHEA S. BULLARD, )<br>   Defendant. ) | CRIMINAL INFORMATION |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

### COUNT ONE: COMMUNICATING THREATS

On or about 14 June 2025, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, ALISHEA S. BULLARD, did without lawful authority, willfully threaten to physically injure the person of another, orally, in a manner and under circumstances which would cause a reasonable person to believe that the threat was likely to be carried out, and upon a person who believed that the threat would be carried out, to wit, did threaten M.J.L. orally over the telephone by stating she would come to his location and shoot him with a gun, and that she was "going to beat his ass," while having the means and under the circumstances which caused M.J.L. to believe that the threats were actual and would be carried out, in violation of North Carolina General Statutes, Section 14-277.1(a), as assimilated by the provisions of Title 18, United States Code, Section 13.

1

## COUNT TWO: STALKING BY HARASSMENT
## OR CONTINUED COURSE OF CONDUCT

Between or about October 2023 through June 2025, in the Eastern District of North Carolina, aboard Marine Corps Base Camp Lejeune and Marine Corps Air Station Cherry Point, North Carolina, places within the special maritime and territorial jurisdiction of the United States, the Defendant, ALISHEA S. BULLARD, did willfully on more than one occasion harassed another person without legal purpose or willfully engaged in a course of conduct directed at a specific person without legal purpose and knowing, or should have known, that such harassment or course of conduct would cause a reasonable person to fear for their safety or the safety of their immediate family or close personal associates or suffer substantial emotional distress by placing that person in fear of death, bodily injury, or continued harassment.

To wit, the Defendant, ALISHEA S. BULLARD, did willfully on more than one occasion harass or engage in a course of conduct directed at M.J.L., knowing, or should have known, that the harassment or course of conduct would, and did, cause M.J.L. to fear for his personal safety, the safety of his minor child, and while causing him to suffer substantial emotional distress by placing him in fear of death, bodily injury, or continued harassment.

The Defendant, ALISHEA S. Bullard: did on multiple occasions raise her had in a threatening manner as to strike M.J.L.; did on multiple occasions threaten to divorce M.J.L. and take their minor child; did threaten M.J.L. by stating, "I'll put a

2

Case 7:25-mj-01326-RJ    Document 1    Filed 11/14/25    Page 2 of 3

gun in your face again"; did during a verbal argument with M.J.L. point a loaded shotgun, while her finger was on the trigger, at M.J.L.; did during a verbal argument with M.J.L. load and point a handgun at M.J.L.; did on multiple occasions slap with an open hand the head and face of M.J.L.; did attempt to strike M.J.L. with a closed fist; did strike M.J.L. on the chest with a closed fist; did threaten M.J.L. by stating, "I have a firearm, and I'll use it;" did threaten to come to the location of M.J.L. and shoot him with a gun, and threaten that she was "going to beat his ass;" did wait for M.J.L. to return home while having a loaded shotgun next to her; did threaten to break the neck of M.J.L.

These actions having been done, in violation of North Carolina General Statutes, Section 14-277.3A(c), as assimilated by the provisions of Title 18, United States Code, Section 13.

Respectfully submitted, this 14th day of November 2025.

W. ELLIS BOYLE
United States Attorney

BY: _____
VERONICA CATHERINE VAN TOL
Special Assistant United States Attorney
Criminal Division