UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:25-mj-01326-RJ-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                    ORDER

ALISHEA S. BULLARD

     Defendant.

---

Before the Court is the Defendant's Motion to Quash Bench Warrant. For good cause *(in part)* shown, the motion is GRANTED. The Court hereby ORDERS as follows:

1. The bench warrant issued on December 23rd, 2025, shall be quashed;

2. ~~The Defendant's failure to appear shall be struck from the record;~~

3. The Defendant shall be released from custody;

4. ~~Any orders or findings related to the Defendant's failure to appear and bench warrant shall be vacated; and~~

5. A new hearing with ~~proper~~ notice provided to the Defendant at 1830 Wilmington Hwy, Apt. 15 Jacksonville, NC, 28540 shall be set on

March 26, 2026 at 10:00am

SO ORDERED this 12 day of March, 2026.

Robert B. Jones, Jr.
United States Magistrate Judge